UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BELINDA DENISE JONES

        Plaintiff(s),

v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant(s).
_____/

Case No. 09-13426

Judge Julian Abele Cook, Jr.

Magistrate Judge Mona K. Majzoub

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS
AND/OR REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL

The court having considered the application to proceed in forma pauperis:

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

If denied the plaintiff is directed to pay the filing fee by _____. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

SERVICE

The court having considered the request[1] of the plaintiff that the court direct service by a United States Marshal. The court finds the plaintiff proceeds:

☐     in forma pauperis pursuant to 28 U.S.C. § 1915.

☐     as a seaman under 28 U.S.C. § 1916.

☑     as neither in forma pauperis nor as a seaman.

---

[1] Upon a plaintiff's request, "the court may order that service be made by a United States marshal" or another person appointed by the court; "the court must so order if the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or . . . as a seaman under 28 U.S.C. § 1916." Fed. R. Civ. P. 4(c)(3)(emphasis supplied).

Therefore, IT IS ORDERED that the request for service is:

☑        GRANTED, and the clerk is directed to process the complaint and issue the summons for service by the United States Marshal.

☐        DENIED, for the following reasons:


s/Mona K. Majzoub
Mona K. Majzoub, U.S. Magistrate Judge


Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.


Date:  09/04/09                                s/ Lisa C. Bartlett
                                               Case Manager/Deputy Clerk